IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

2:07-CV-601-WKW

Inmate Identification Number: 246141

ISRAEL Gutierrez
_____

(Enter above the full name(s) of the plaintiff(s)
in this action)

NOTICE TO FILING PARTY

It is your responsibility to notify the clerk in writing of any address change. Failure to notify the clerk may result in dismissal of your case without further notice.

vs.

Montgomery County Detention
Center + shrif D.T. marshall
And All. ect.
_____

CV-07-CO-0856-W

(Enter above full name(s) of the defendant(s)
in this action)

I.   Previous lawsuits

   A.   Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
        Yes ( )         No ( ✓ )

   B.   If your answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

        1.   Parties to this previous lawsuit:

             Plaintiff(s): _____ N/A _____

             Defendant(s): _____ N/A _____

2. Court (if Federal Court, name the district; if State Court, name the county) _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Place of present confinement _____

   A. Is there a prisoner grievance procedure in this institution?
      Yes ( ✓ )   No ( )

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
      Yes ( ✓ )   No ( )

   C. If your answer is YES:

      1. What steps did you take? _I File a grievance form_

      2. What was the result? _None_

   D. If your answer is NO, explain why not? _____

2

4. Parties

In item (A) below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff(s) ISRAeL Gutierrez AIS #246141
BBCF, Dorm B Bed 12 A
565 Bibb LANe BreNT, ALAbAMA 35034

Address _____

_____

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant Montgomery County Detention Center

is employed as in ALL ect.

at _____

C. Additional Defendants Lt. Crenshaw, P.T. Marshall
Lt. Finley

_____

_____

V. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. <u>Do not give any legal arguments or cite any cases or statutes.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

After my hand was broken the nurse told me is not broken. But my hand was still swollen after a week I talk to Lt. Crenshaw & Lt Finley the talk to the Doc. who had me a appointment at the Hospitall were I was told that my hand was broken and need Physical therapy wich I never got at all. I went to the Hospitall about Oct. 10th 205 that was about 2 weeks after I had broken it.

_____
_____
_____
_____
_____
_____
_____

**RELIEF**

State briefly <u>exactly</u> what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

punty damig for pain suffering due to Lack of med. Ation my hand still not working like it should. the Doc. told me why did it take so Long to get to halpath. I con'ot clouse my hand at ALL no use for it. I am Asking for 100 thoousd Dollars some one has to be accountable. went to top

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on _May 6, 207_.

_____
_____
_____
_____

_[signature]_
Signature(s)

4