Case Number

ID   YR   NUMBER
(To be completed by Court Clerk)

CASE: 2:07-CV-0601-WKW-WC

# IN FORMA PAUPERIS DECLARATION

IN The DISTRICT COURT OF The UNITED STATES
[Insert appropriate court]

ISRAel Gutierrez #246141   FOR The MIDDLE DISTRICT OF
(Petitioner)                ALABAMA, Northern DIVISION

vs.

MONTGOMERY COUNTY DETENTION
(Respondent(s))   CENTER, et ah.,

### DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

I, ISRAel Gutierrez, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?   Yes ____   No ✓

   a. If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer.

   _____

   _____

   b. If the answer is "no", state the date of last employment and the amount of the salary and wages per month which you received.

   2 years ago  $675.00 S.S.

   _____

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession, or other form of self-employment?
      Yes ____   No ✓

   b. Rent payments, interest, or dividends?
      Yes ____   No ✓

   c. Pensions, annuities, or life insurance payments?
      Yes ____   No ✓

   d. Gifts or inheritances?
      Yes ✓   No ____

   e. Any other sources?
      Yes ✓   No ____

2

If the answer to any of the above is "yes", describe each source of money and state the amount received from each during the past twelve months.

A. comp 112 per month go's to wife + kids. Wife sends me 100.00. Jan 30, 07 my son send me $30.00

3. Do you own cash, or do you have money in a checking or savings account?

   Yes ✓   No ___

   (Include any funds in prison accounts.)

   If the answer is "yes", state the total value of the items owned.

   checking $5.00

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes ___   No ✓

   If the answer is "yes", describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   Wife Sandra L. Gutierrez, Maydina A.G. Jhofa A.G. Samtha Jo G. Juan A. G. Addbulen F. Gutierrez

   I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

   Executed on  07-30-07
   (Date)

   _____
   Signature of Petitioner

## CERTIFICATE

I hereby certify that the petitioner herein has the sum of $ .12 on account to his credit at the institution where he is confined. I further certify that petitioner likewise has the foregoing securities to his credit according to the records of said Bibb Correctional Facility institution:

None

7/30/07
DATE

Cynthia Steward  Account Clerk
AUTHORIZED OFFICER OF INSTITUTION

Rule 32

3

```
                    STATE OF ALABAMA
                  DEPARTMENT OF CORRECTIONS
                       BIBB COUNTY CF


   AIS #: 246141      NAME: GUTIERREZ, ISRAEL           AS OF: 07/30/2007

                 # OF         AVG DAILY         MONTHLY
        MONTH    DAYS         BALANCE           DEPOSITS
   -----------------------------------------------------------------

        JUL       1           $0.00             $0.00
        AUG      31           $0.00             $0.00
        SEP      30           $0.00             $0.00
        OCT      31           $0.00             $0.00
        NOV      30           $0.00             $0.00
        DEC      31           $2.00             $20.00
        JAN      31           $0.09             $0.00
        FEB      28           $0.09             $0.00
        MAR      31           $9.95             $100.00
        APR      30           $2.54             $30.00
        MAY      31           $0.62             $0.00
        JUN      30           $0.62             $0.00
        JUL      30           $0.14             $0.00
```

CIVIL ACTION NO. 207-CV-601WKW
(WO)

I have ASK for The Form But they did not have keep Telling me come Nex Week That's why I took so long.

Israel Gutierrez
AIS# 244141
1-F Dorm 51B
565 Bibb Lane
Brent Ala. 35034-4040

Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711

"This correspondence is forwarded from an ... Prison. The contents have ... ... , and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."