IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ISRAEL GUTIERREZ #246141, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-CV-601-WKW |
| | ) |
| MONTGOMERY COUNTY DETENTION | ) |
| CENTER, et al., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

In light of the plaintiff's submission of an application for leave to proceed *in forma pauperis* on August 3, 2007 (Court Doc. No. 6), and for good cause, it is

ORDERED that the Recommendation entered on July 25, 2007 be and is hereby WITHDRAWN.

Done this 6th day of August, 2007.

                                                    /s/ Wallace Capel, Jr.
                                                  WALLACE CAPEL, JR.
                                                  UNITED STATES MAGISTRATE JUDGE