**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Sheriff D. T. Marshall
   115 South Perry Street
   Montgomery, AL 36104

2. Article Number
   (Transfer from service label)
   7006 2760 0005 4873 9488

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X *Tommie Johnson*
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)
   Tommie Johnson

C. Date of Delivery
   8-7-07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   2:07cv601
   c + proc. order
   (40)

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

102595-02-M-1540

Domestic Return Receipt