IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ISRAEL GUTIERREZ, #246141, | * |
| | * |
|     Plaintiff, | * |
| | * |
| vs. | *   Civil Action No. 2:07-cv-601-WKW |
| | * |
| MONTGOMERY COUNTY DETENTION | * |
| CENTER, SHERIFF D. T. MARSHALL, | * |
| LT. CRENSHAW, and LT. FINLEY, | * |
| | * |
|     Defendants. | * |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW Defendant Lt. Finley in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

**There are no entities to be reported.**

Respectfully submitted this 12th day of December 2007.

                                                                                                        ___s/ Thomas T. Gallion, III_____
                                                                                                          Thomas T. Gallion, III   (GAL010)
                                                                                                          Attorney for Defendants
                                                                                                          ASB-5295-L74T

OF COUNSEL:
Haskell Slaughter Young & Gallion, LLC
305 South Lawrence Street (36104)
Post Office Box 4660
Montgomery, AL  36103-4660
      (334) 265-8573
      Fax: (334) 264-7945

2

CERTIFICATE OF SERVICE

       I hereby certify that a copy of the above and foregoing document has been served upon the following listed person by placing a copy of same in the United States mail, postage prepaid and properly addressed, on this the 12th day of December 2007.

Israel Gutierrez
AIS#246141  BBCF B Dorm Bed 12A
565 Bibb Lane
Brent, AL  35034

                                      _s/ Thomas T. Gallion, III_____
                                      Of Counsel

                                                      50051-607
                                                      #29,785