```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602003733
Cashier ID: khaynes
Transaction Date: 02/05/2008
Payer Name: BIBB COUNTY CORR FACILITY
------------------------------------
PLRA CIVIL FILING FEE
 For: ISRAEL GUTIERREZ
 Case/Party: D-ALM-2-07-CV-000601-001
 Amount:         $46.00
------------------------------------
CHECK
 Check/Money Order Num: 8863
 Amt Tendered:   $46.00
------------------------------------
Total Due:       $46.00
Total Tendered:  $46.00
Change Amt:      $0.00
```