```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004931
Cashier ID: khaynes
Transaction Date: 05/02/2008
Payer Name: BIBB COUNTY CORR FACILITY
--------------------------------------
PLRA CIVIL FILING FEE
 For: ISRAEL GUTIERREZ
 Case/Party: D-ALM-2-07-CV-000601-001
 Amount:         $12.00
--------------------------------------
CHECK
 Check/Money Order Num: 9087
 Amt Tendered:  $12.00
--------------------------------------
Total Due:      $12.00
Total Tendered: $12.00
Change Amt:      $0.00
```