```
CORRECTED

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602005682
Cashier ID: brobinso
Transaction Date: 07/02/2008
Payer Name: BIBB COUNTY CORR FACILITY
---------------------------------------
PLRA CIVIL FILING FEE
 For: Israel Gutierrez
 Case/Party: D-ALM-2-07-CV-000601-001
 Amount:         $14.00
---------------------------------------
CHECK
 Check/Money Order Num: 9243
 Amt Tendered: $14.00
---------------------------------------
Total Due:      $14.00
Total Tendered: $14.00
Change Amt:     $0.00
```