```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602006006
Cashier ID: christin
Transaction Date: 08/04/2008
Payer Name: BIBB COUNTY CORR FACILITY
------------------------------------
PLRA CIVIL FILING FEE
 For: ISRAEL GUTIERREZ
 Case/Party: D-ALM-2-07-CV-000601-001
 Amount:        $16.41
------------------------------------
CHECK
 Remitter: BIBB CORRECTIONAL FAC
 Check/Money Order Num: 9326
 Amt Tendered:  $16.41
------------------------------------
Total Due:      $16.41
Total Tendered: $16.41
Change Amt:     $0.00
```